## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

65 BROADWAY SUITE 715
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
ADMITTED TO PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

December 6, 2019

**VIA ECF AND ELECTRONIC MAIL**

Hon. Vincent L. Briccetti
United States District Court Judge
300 Quarropas Street
White Plains, NY 10601-4150

12/6/19

Re: <u>United States v. Johnny Fernandez</u>, 18 Cr. 291 (VB) - Adjournment of sentencing schedule

Dear Judge Briccetti:

I write to request an adjournment of sentencing, scheduled for December 12, 2019 at 2:30p.m. After discussing potential dates with Courtroom Deputy, Ms. Donna Hilbert, I request adjournment of sentencing to February 3, 2020 at 10:00a.m. The adjournment will allow the additional time necessary to meet and speak with family members regarding various aspects of Mr. Fernandez' history and background, gather letters from his family and review the final version of the PSR with him. The government does not object. This is the first request for an adjournment.

Respectfully Submitted,

/s/ Karloff C. Commissiong

Karloff C. Commissiong, Esq.

cc:   A.U.S.A. Samuel Adelsberg (Via Electronic Mail)
      A.U.S.A. Olga Zverovich (Via Electronic Mail)

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 12/6/2019
White Plains, NY

Sentencing adjourned to 2/3/2020 at 10:00 a.m.